**EXHIBIT 1**

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
09/24/2024
CT Log Number 547392928

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in South Carolina**

**FOR:** Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DOBSON ALFRED, JR. // To: Wal-Mart Stores East, LP |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Orageburg County Common Pleas Court, SC<br>Case # 2024CP3801215 |
| **NATURE OF ACTION:** | Personal Injury - 05/01/2024 - 2795 North Road in Orangeburg, South Carolina |
| **PROCESS SERVED ON:** | CT Corporation System, Columbia, SC |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/24/2024 at 09:12 |
| **JURISDICTION SERVED:** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the date of such service |
| **ATTORNEY(S)/SENDER(S):** | Jerry Reardon<br>Law Office of Jerry Reardon<br>1722 Main Street, Suite 302<br>Columbia, SC 29201<br>803-602-5242 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/25/2024, Expected Purge Date: 10/05/2024<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>2 Office Park Court<br>Suite 103<br>Columbia, SC 29223<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

**EXHIBIT 1**

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
09/24/2024
CT Log Number 547392928

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT 1**

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Sep 24, 2024
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WAL-MART STORES EAST, LP |
| Case Number | 2024cp3801215 |
| Jurisdiction | SC |

| Inserts | | |
|---|---|---|
| | | |

**EXHIBIT 1**

ELECTRONICALLY FILED - 2024 Sep 18 11:14 AM - ORANGEBURG - COMMON PLEAS - CASE#2024CP3801215

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORAGEBURG | DOCKET NO.: 2024-CP- |
| ALFRED DOBSON, JR.<br>Plaintiff,<br>-vs-<br>WAL-MART STORES EAST, L.P., JOHN DOE, STORE MANAGER, AND JOHN DOE, STORE EMPLOYEE<br>Defendants. | **SUMMONS**<br>**(JURY TRIAL DEMANDED)** |

TO: THE DEFENDANTS ABOVE NAMED:

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action of which a copy is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscribers at his office, 1722 Main Street, Suite 302 Columbia, South Carolina, 29201 within thirty (30) days after the service thereof, exclusive of the date of such service and if you fail to answer, appear, or defend, judgment by default will be rendered against you for the relief demanded in the Complaint.

*s/Virgin Johson, Jr.*
VIRGIN JOHNSON, JR.
SC Bar#11992
Attorney for Plaintiff
Virgin Johnson, Jr. Law Firm, P.A.
450 Summers Ave.
Orangeburg, South Carolina 29116
(O) (803) 878-3706 | (F) (803) 878-3718

*s/Jerry Reardon*
JERRY REARDON
SC BAR#13739
Attorney for Plaintiff
Law Office of Jerry Reardon
1722 Main Street, Suite 302
Columbia, South Carolina 29201
(O) (803) 602-5242 | (F) (803) 602-5243

Columbia, South Carolina
September 18, 2024

ELECTRONICALLY FILED - 2024 Sep 18 11:14 AM - ORANGEBURG - COMMON PLEAS - CASE#2024CP3801215

STATE OF SOUTH CAROLINA

COUNTY OF ORAGEBURG

IN THE COURT OF COMMON PLEAS

DOCKET NO.: 2024-CP-

ALFRED DOBSON, JR.

Plaintiff,

-vs-

WAL-MART STORES EAST, L.P., JOHN DOE, STORE MANAGER, AND JOHN DOE, STORE EMPLOYEE

Defendants.

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

TO: THE DEFENDANTS ABOVE NAMED

Plaintiff would respectfully show:

1. Plaintiff is a resident of the County of Orangeburg, State of South Carolina.

2. Defendant Wal-Mart Stores East, L.P. is a business and corporation organized and existing under the laws of the State of South Carolina and transacts business, contracts to supply goods, hires employees, owns property, regularly does and solicits business, advertises, and derives substantial revenue in the County of Orangeburg, State of South Carolina.

3. Defendant John Doe, store manager, is believed to be a resident of the County of Orangeburg, State of South Carolina. Defendant John Doe has control over Defendant Wal-Mart Stores East, L.P.'s store and employees in Orangeburg where Plaintiff fell including all employee duties, implementation of story policies and procedures, clean up and control of store aisles, and customer falls and injuries.

4. Defendant John Doe, store employee, is believed to be a resident of the County of Orangeburg, State of South Carolina. Defendant John Doe, store employee, was acting in the

ELECTRONICALLY FILED - 2024 Sep 18 11:14 AM - ORANGEBURG - COMMON PLEAS - CASE#2024CP3801215

course and scope of his employment with Defendant Wal-Mart Stores East, L.P. on the day of Plaintiff's fall.

3. On or about May 1, 2024, Plaintiff was shopping at Defendant Wal-Mart Stores East, L.P. store located at 2795 North Road in Orangeburg, South Carolina. Plaintiff was walking down an aisle when he slipped on a wet substance and fell to the floor. Plaintiff was knocked unconscious and had his jewelry lifted and stolen by Defendant John Doe, store employee, while on the floor. Plaintiff notified the store and had a police report filed.

4. As a result, Plaintiff suffered great physical injury, underwent pain, suffering, mental anguish, emotional distress, permanent injuries, loss of activities, loss of enjoyment of life, lost wages, loss of jewelry, and incurred medical expenses.

5. Defendants, individually and jointly through the acts of their agents, servants, and employees, were negligent, careless, reckless, and grossly negligent in the following particulars:

a. In failing to properly clean and keep aisles clear of foreign substances;

b. In failing to properly inspect, maintain, and monitor aisles;

c. In failing to warn shoppers of dangerous conditions and take reasonable precautions to keep aisles clear of spilled items;

d. In failing to properly train and supervise its employees;

e. In failing to adequately hire and fire employees;

f. In failing to maintain video, photos, and other evidence of Plaintiff's fall;

g. In stealing and failing to return to Plaintiff his stolen jewelry; and

h. In such further particulars as may be shown at trial.

All of which were the direct and proximate cause of the injuries and damages suffered by Plaintiff in violation of the Statute and Common Laws of the State of South Carolina.

ELECTRONICALLY FILED - 2024 Sep 18 11:14 AM - ORANGEBURG - COMMON PLEAS - CASE#2024CP3801215

6. Plaintiff is informed and believes that he is entitled to judgment as set out below.

**WHEREFORE**, Plaintiff prays for judgment for actual and punitive damages in amounts as determined by a jury, for the costs of this action, and for such other and further relief as the Court may deem just and proper.

*s/Virgin Johson, Jr.*
VIRGIN JOHNSON, JR.
SC Bar#11992
Attorney for Plaintiff
Virgin Johnson, Jr. Law Firm, P.A.
450 Summers Ave.
Orangeburg, South Carolina 29116
(O) (803) 878-3706 | (F) (803) 878-3718

*s/Jerry Reardon*
JERRY REARDON
SC BAR#13739
Attorney for Plaintiff
Law Office of Jerry Reardon
1722 Main Street, Suite 302
Columbia, South Carolina 29201
(O) (803) 602-5242 | (F) (803) 602-5243

Columbia, South Carolina

September 18, 2024

**EXHIBIT 1**

South Carolina Secretary of State

# Business Entities Online

File, Search, and Retrieve Documents Electronically

## WAL-MART STORES EAST, LP

Assumed Name(s)

**WAL-MART NEIGHBORHOOD MARKET; WAL-MART SUPERCENTER; WAL-MART SUPERCENTER; WALMART CARE CLINIC 10-0630; WALMART CARE CLINIC 10-0511; Walmart #7181; Walmart Market #377; Walmart #632; Walmart #4487; Walmart #0795; Walmart #4420**

### Corporate Information

**Entity Id:** 00065806

**Entity Type:** Limited Partnership

**Status:** Good Standing

**Domestic/Foreign:** Foreign

**Incorporated State:** Delaware

### Important Dates

**Effective Date:** 12/13/2001

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Registered Agent

**Agent:** C T CORPORATION SYSTEM

**Address:** 2 OFFICE PARK COURT SUITE 103
COLUMBIA, South Carolina 29223

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Assumed Name Certificate | 07/01/2024 |
| Assumed Name Certificate | 03/27/2024 |
| Assumed Name Certificate | 02/29/2024 |
| Assumed Name Certificate | 09/18/2018 |
| Assumed Name Certificate | 01/18/2018 |
| Assumed Name Certificate | 04/10/2017 |
| Assumed Name | 07/29/2014 |
| Assumed Name | 07/29/2014 |
| Change of Agent or Office | 05/06/2010 |
| Merger/Share Exchange | 03/22/2005 |

**EXHIBIT 1**

| Filing Type | Filing Date |
|---|---|
| Amendment | 04/02/2004 |
| | 11/17/2003 |
| | 11/17/2003 |
| | 11/17/2003 |
| Change of Agent or Office | 09/03/2002 |
| LP Certificate | 12/13/2001 |

**Assumed Names**

| Assumed Name | Effective Date | Expiration Date | Status Type |
|---|---|---|---|
| WAL-MART NEIGHBORHOOD MARKET | N/A | N/A | Active |
| WAL-MART SUPERCENTER | N/A | N/A | Active |
| WAL-MART SUPERCENTER | N/A | N/A | Active |
| WALMART CARE CLINIC 10-0630 | 07/29/2014 | N/A | Active |
| WALMART CARE CLINIC 10-0511 | 07/29/2014 | N/A | Active |
| Walmart #7181 | 04/10/2017 | 12/31/2022 | Active |
| Walmart Market #377 | 01/18/2018 | 12/31/2023 | Active |
| Walmart #632 | 09/21/2018 | 12/31/2023 | Active |
| Walmart #4487 | 02/29/2024 | 12/31/2029 | Active |
| Walmart #0795 | 03/27/2024 | 12/31/2029 | Active |
| Walmart #4420 | 07/02/2024 | 12/31/2029 | Active |



Copyright © 2024 State of South Carolina